HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DEMETRIUS JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-164 GEB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date: April 14, 2017 |
| DEMETRIUS JORDAN, | ) ) | Time: 9:00 a.m. |
| Defendant. | ) ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court continue the status

conference set on April 14, 2017, at 9:00 a.m., to, April 28, 2017, at 9:00 a.m.

Defense counsel requires additional time to review discovery, to examine possible

defenses, and to continue investigating the facts of the case. Additional time is necessary to

confer with client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time

up to and including April 28, 2017, when it computes the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 12, 2017                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M. Petrik_____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

DATED: April 12, 2017                PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ M. Petrik for_____
                                     CAMERON DESMOND
                                     Assistant United States Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for April 28, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 28, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: April 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge